# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IVAN ALEXANDRO RIVAS,

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of Social Security,[1]

Defendant.

_______________________________________/

Case No. 1:26-cv-04912-SKO

**ORDER THAT PLAINTIFF FILE A WRITTEN STATEMENT SHOWING CAUSE WHY CASE SHOULD NOT BE DISMISSED OR THAT PLAINTIFF FILE THE MOTION FOR SUMMARY JUDGMENT**

On June 25, 2026, Plaintiff, represented by counsel and proceeding *in forma pauperis*, filed the present action in this Court. (Docs. 1, 3.) Plaintiff seeks review of the Commissioner's denial of his application for benefits. (Doc. 1)

The Court entered a Scheduling Order on June 30, 2026. (Doc. 4.) Pursuant to the Scheduling Order, Plaintiff's motion for summary judgment was due **September 24, 2026**—30 days after service of the administrative record on August 25, 2026 (Doc. 10). (*See* Doc. 4 at 2.)

On September 24, 2026, Plaintiff failed to file and serve his motion for summary judgment with the Court and on opposing counsel, and to date, no motion has been filed and served. (*See*

---

[1] On May 6, 2025, Frank Bisignano was appointed the Commissioner of the Social Security Administration. *See* https://www.ssa.gov/news/press/releases/2025/#2025-05-07. He is therefore substituted as the defendant in this action. *See* 42 U.S.C. § 405(g) (referring to the "Commissioner's Answer"); 20 C.F.R. § 422.210(d) ("the person holding the Office of the Commissioner shall, in his official capacity, be the proper defendant").

Docket.) Plaintiff is, therefore, ordered to show cause, if any, why the action should not be dismissed for failure to comply with the Court's Scheduling Order and for want of prosecution. (Doc. 4.) Alternatively, Plaintiff may file the motion for summary judgment.

Accordingly, it is HEREBY ORDERED that:

1. By no later than **October 14, 2026,** Plaintiff shall **either**:

   a. file a written response to this Order showing cause why the Court should not dismiss this action for failure to comply with the Court's order and for want of prosecution; or

   b. file the motion for summary judgment.

**Failure to respond to this Order to Show Cause will result in a dismissal of this action.**

IT IS SO ORDERED.

Dated: **September 30, 2026**

/s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE